STATE v. POWELL

No. 61P83.

Case below: 60 N.C. App. 440.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 February 1983.

STATE v. RUVIWAT

No. 713P82.

Case below: 60 N.C. App. 1.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 February 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 February 1983.

STATE v. SMEDLEY

No. 713P82.

Case below: 60 N.C. App. 1.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 February 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 February 1983.

STATE v. SMITH

No. 709P82.

Case below: 59 N.C. App. 739.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 January 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 28 January 1983.